UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VYTENIS BABRAUSKAS,

    Plaintiff,

    v.

PARAMOUNT EQUITY MORTGAGE, *et al.*,

    Defendants.

Case No. C13-0494RSL

ORDER REGARDING MOTION FOR EXTENSION OF TIME

    This matter comes before the Court on "Defendant Paramount Equity Mortgage, Inc.'s Motion for Extension of Time to File Response to Plaintiff's Complaint." Dkt. # 8. Defendant waited until the day its response was due to seek an extension of time and requested that the Court extend the response deadline to April 22, 2013.

    Defendant has not explained why it waited until the last possible moment to request an extension of time (or why it waited until the weekend before its response was due to attempt to contact opposing counsel regarding an extension). After the motion was filed, plaintiff apparently agreed to an extension until May 1, 2013,[1] and yet

---

[1] Both parties are reminded that statements of fact in memoranda, unsupported by declarations of percipient witnesses under penalty of perjury, are not evidence.

ORDER EXTENDING TIME - 1

1  no answer or motion to dismiss has yet been filed.  Defendant has known of this case
2  since February 15, 2013:  it's failure to participate in this litigation or to respond within
3  the period of time it negotiated with plaintiff is baffling.
4        By waiting until April 8th to request an extension of time, defendant
5  effectively granted itself the desired extension.  Because the Court cannot undue what
6  has already been done, the response deadline will be continued to Monday, May 28,
7  2013.  No further extensions will be granted.

        Dated this 22nd day of May, 2013.

        */s/ Robert S. Lasnik*

        Robert S. Lasnik
        United States District Judge

ORDER EXTENDING TIME - 2